**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BYRIDER FRANCHISING, INC.,

    Petitioner,

vs.                                               Case No. 3:09-cv-618-J-34MCR

GREGORY C. EDWARDS,

    Respondent.
_____/

## **ORDER**[1]

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 14; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on September 3, 2009. In the Report, Magistrate Judge Richardson recommended that the Petition to Confirm Arbitration Award (Dkt. No. 1) be granted. See Report at 4. Respondent has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motion addressed herein and is not intended for official publication or to serve as precedent.

14, 2007). Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 14) is **ADOPTED** as the opinion of the Court.

2. The Petition to Confirm Arbitration Award (Dkt. No. 1) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Petitioner and against Respondent for damages in the amount of $57,418.65 plus interest at the rate of 8% per annum from November 10, 2008 until paid; $8,168.08 plus interest at 8% per annum from November 29, 2008 until paid; $30,481.20 plus interest at the rate of 8% per annum from June 19, 2009 until paid, $293,824.92 plus interest at the rate of 8% per annum from June 19, 2009 until paid; and arbitration costs in the amount of $26,474.20.

4. The Clerk of the Court is further directed to terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of October, 2009.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Gregory C. Edwards
833 W. International Speedway Boulevard
Daytona Beach, FL 32114

Paul Eakin, Esquire
Eakin & Sneed
599 Atlantic Boulevard, Suite 4
Atlantic Beach, FL 32233